No. 1112, Misc.  LAMPTON ET AL. *v.* BONIN ET AL., 397 U. S. 663;

No. 1200, Misc.  MARINO *v.* PENNSYLVANIA, 397 U. S. 1077;

No. 1244, Misc.  SMITH *v.* FLORIDA, 397 U. S. 1077;

No. 1248, Misc.  FRAZIER *v.* UNITED STATES, 397 U. S. 1013;

No. 1639, Misc.  CUMMINGS *v.* COX, PENITENTIARY SUPERINTENDENT, 397 U. S. 1051;

No. 1666, Misc.  MIXON *v.* PENN STEVEDORES, INC., 397 U. S. 1052;

No. 1706, Misc.  MOORE *v.* UNITED STATES ET AL., 397 U. S. 1055;

No. 1710, Misc.  HOPKINS *v.* CALIFORNIA, 397 U. S. 1055;

No. 1726, Misc.  COX *v.* UNITED STATES, 397 U. S. 1056;

No. 1747, Misc.  MARTINEZ *v.* CALIFORNIA, 397 U. S. 1069;

No. 1762, Misc.  KEANE *v.* CUCURELLO, 397 U. S. 1070; and

No. 1815, Misc.  BELTOWSKI *v.* YOUNG, WARDEN, 397 U. S. 1079.  Petitions for rehearing denied.

No. 41.  CHOCTAW NATION ET AL. *v.* OKLAHOMA ET AL.; and

No. 59.  CHEROKEE NATION OR TRIBE OF INDIANS IN OKLAHOMA *v.* OKLAHOMA ET AL., 397 U. S. 620.  Petition for rehearing denied.  MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 1620, Misc.  LEWIS *v.* UNITED STATES, 397 U. S. 1034.  Petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.